# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MALDONADO URRABAZO,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-0248 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 11) |

On September 26, 2019, the parties stipulated for Plaintiff to have extension of twenty-eight days to file an opening brief. (Doc. 11) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 3 at 3), and this is the first extension requested by either party. Thus, an extension of thirty days is appropriate. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief on or before **November 8, 2019**.

IT IS SO ORDERED.

Dated:   **October 15, 2019**            **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).