**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MALDONADO URRABAZO, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:19-cv-248 - JLT <br><br> ORDER GRANTING THE COMMISSIONER AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S OPENING BRIEF |

David Maldonado Urrabazo, Jr. seeks judicial review of a decision to denying his application for Social Security benefits. (Doc. 1) On December 12, 2019, the Court ordered the Commissioner to show cause in writing why sanctions should not be imposed for failure to comply with its Scheduling Order, under which a response to Plaintiff's opening brief was to be filed no later than December 9, 2019. (Doc. 14)

Tina Naicker, counsel for the Commissioner, asserts that she "was out on leave from November 28, 2019 to December 6, 2019," during which time she "had an injury accident and was notified regarding immediate move-out of our residence by the end of December." (Doc. 15-1 at 1-2, ¶ 2) Ms. Naicker reported she also anticipated "intermittent leave from December 20, 2019 to January 3, 2020 in order to move residences." (*Id.* at 1, ¶ 2) She reports she also "inadvertently missed the deadline to respond to Plaintiff's Opening Brief" when attempting to re-create her calendar after a computer system update, (*Id.* at 2, ¶ 2; *id.* at 2, n.1) According to Ms. Naiker, she contacted Plaintiff's counsel after

1

missing the deadline and Young Cho indicated his willingness to extend the filing deadline to January 8, 2020. (*Id.* at 2, ¶ 3) Therefore, the Commissioner seeks an extension to January 8, 2020 to file a response to Plaintiff's opening brief. (Doc. 15 at 2) Based upon the information provided, the Court **ORDERS**:

1. The Commissioner's request for an extension of time is **GRANTED**;
2. The Commissioner **SHALL** file a response to Plaintiff's opening brief no later than **January 8, 2020**; and
3. The Order to Show Cause dated December 12, 2019 (Doc. 14) will remain in effect until the Commissioner files a response as ordered.

IT IS SO ORDERED.

Dated: __December 30, 2019__     ____/s/ Jennifer L. Thurston____
UNITED STATES MAGISTRATE JUDGE