# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MALDONADO URRABAZO, SR., | Case No.: 1:19-cv-00248 - JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED DECEMBER 12, 2019 |
| v. | (Doc. 14) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Previously the Court ordered Defendant to show cause in writing why sanctions should not be imposed for failure to comply with the deadline to file a response to the opening brief. (Doc. 14) The Commissioner requested two extensions of time, which were granted by the Court. (Docs. 15-18) However, the order to show cause remained in effect. (*See* Doc. 16 at 2; Doc. 18 at 2)

On February 12, 2020, the Commissioner filed a responsive brief. (Doc. 19) Accordingly, the order to show cause dated December 12, 2019 (Doc. 14) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**February 13, 2020**__        __**/s/ Jennifer L. Thurston**__
                                                                  UNITED STATES MAGISTRATE JUDGE