**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MALDONADO URRABAZO, SR., | Case No.: 1:19-cv-00248 JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 23) |
| Defendant. | |

David Maldonado Urrabazo, Sr., and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23) Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's request for fees (Doc. 23) is **GRANTED**; and
2. Fees in the total amount of $4,200.00 are **AWARDED** to Plaintiff, David Maldonado Urrabazo, Sr.

IT IS SO ORDERED.

Dated:   **November 21, 2020**           **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE